**FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-19-0000871**
**15-JUL-2022**
**07:55 AM**
**Dkt. 124 OCOR**

NO. CAAP-19-0000871
(Consolidated with No. CAAP-20-0000489)

IN THE INTERMEDIATE COURT OF APPEALS
OF THE STATE OF HAWAIʻI

**CAAP-19-0000871**
KS, Plaintiff-Appellant,
v.
RS, Defendant/Appellee

AND

**CAAP-20-0000489**
KS, Plaintiff-Appellant,
v.
RS, Defendant/Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(CASE NO. FC-D 18-1-0119)

ORDER OF CORRECTION
(By: Nakasone, J., for the court[1])

IT IS HEREBY ORDERED that the Opinion entered on May 27, 2022 (docket number 118) in the above case is hereby corrected as follows:

1.   On page 4, line 5, delete "CAAP-19-0000877" and replace it with CAAP-19-0000871, so that as corrected, the sentence will now read:

---

[1]   Ginoza, Chief Judge, Wadsworth and Nakasone, JJ.

which twelve are identical to the POEs in
CAAP-19-0000871.  The

2.    On page 6, last paragraph, 12th line from the bottom, pluralized the word "fact" and follow with the bracketed word "[sic]" so that as corrected the line will now read:

"The family court's findings of facts [sic]
are reviewed under

3.    On page 8, line 7 of the first paragraph, the capital "C" in the word "Child" should be a converted to a lower case "c" so that as corrected the line will now read:

in the best interest of the child that the
parties shall have

The clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED:  Honolulu, Hawaiʻi, July 15, 2022.

FOR THE COURT:

/s/ Karen T. Nakasone
Associate Judge

2